FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D2023-0355
_____

JUAN ANTONIO MORALES,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Linda L. Nobles, Judge.

December 27, 2023

PER CURIAM.

AFFIRMED. This Court's records reflect that, along with this appeal from an order imposing sanctions, Juan Morales has filed at least five postconviction appeals related to Escambia County Circuit Court case number 2007-CF-5981: *Morales v. State*, 134 So. 3d 967 (Fla. 1st DCA 2011) (reversing in part order denying rule 3.850 motion); *Morales v. State,* 187 So. 3d 1237 (Fla. 1st DCA 2015) (unpublished table decision) (affirming order denying rule 3.850 motion); *Morales v. State*, 237 So. 3d 271 (Fla. 1st DCA 2017) (unpublished table decision) (affirming order denying rule 3.800(a) motion); *Morales v. State*, Case No. 1D18-0169 (Fla. 1st DCA May 23, 2018) (dismissed for lack of jurisdiction); *Morales v. State,* 282 So. 3d 57 (Fla. 1st DCA 2019) (unpublished table decision) (affirming order denying rule 3.800(a) motion).

These cases reveal a history of filing repetitious and frivolous postconviction appeals. The Court warns Morales that any future filings that this Court determines to be frivolous may result in the imposition of sanctions, including a prohibition against any further pro se filings in this Court and a referral to the appropriate institution for disciplinary procedures. *See* § 944.279, Fla. Stat. (2022).

OSTERHAUS, C.J., and ROWE and BILBREY, JJ., concur.

––––––––––––––––––––––––––––

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

––––––––––––––––––––––––––––

Juan Antonio Morales, pro se, Appellant.

Ashley Moody, Attorney General, and Daren L. Shippy, Assistant Attorney General, Tallahassee, for Appellee.